UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:11-10435-WGY

**MICHAEL FRANCIS MURRAY**
Petitioner
v.

**UNITED STATES**

Respondent

JUDGMENT

This action came before the Court for a ruling on Petitioner Murray's Petition for Writ of Coram Nobis. The issues have been heard and pursuant to the reasons in the Memorandum and Order issued 11/4/11, the Court Orders the Petition is DENIED.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT UNITED STATES**

**Sarah A. Thornton**

**Clerk**

**/s/ Elizabeth Smith**

**Deputy Clerk**

November 7, 2011
To: All Counsel